IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                      No. CIV S-04-1183 LKK DAD P

      vs.

C.K. PLILER, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has requested a twenty-day extension of time to file and serve an opposition to the motion to dismiss filed by defendants on April 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 20, 2006 motion for extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition to defendants' April 3, 2006 motion to dismiss. Defendants' reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: April 25, 2006.

                                               /s/ Dale A. Drozd

                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chap1183.36