IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REX CHAPPELL,** | 2:04-cv-1183 LKK DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **C. K. PLILER, et al.,** | |
| Defendants. | |

On January 16, 2007, defendants sought an extension of time of 5 court days, to and including January 23, 2007, to file objections to the Findings and Recommendations issued December 21, 2006.  Good cause appearing, defendants' request is granted.

DATED: January 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/chap1183.extobjs