1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11            Plaintiff,                    No. CIV S-04-1183 LKK DAD P

12        vs.

13   C.K. PLILER, et al.,

14            Defendants.            ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On December 21, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Defendants

22   requested and were granted an extension of time to January 23, 2007, to file objections.  On

23   January 23, 2007, defendants filed a notice that, after further consideration of the matter, they

24   will not file objections to the findings and recommendations.  Neither party has filed objections

25   to the findings and recommendations.

26   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.  The findings and recommendations filed December 21, 2006, are adopted in

5  full;

6    2.  Defendants' April 3, 2006 motion to dismiss pursuant to 28 U.S.C. § 1915(g)

7  is denied; and

8    3.  Defendants are directed to file an answer to plaintiff's complaint within the

9  time provided by Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

10  DATED:   January 26, 2007.

11

12

13  LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26