IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                      No. CIV S-04-1183 LKK DAD P

    vs.

C.K. PLILER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On March 24, 2008, plaintiff requested an extension of time to file a pretrial statement.  On March 26, 2008, plaintiff filed a pretrial statement.  Plaintiff's pretrial statement is premature and will be disregarded.  In due course, the court will issue a scheduling order.  In that order, the court will advise plaintiff when to file a pretrial statement.

        Plaintiff is reminded that on February 21, 2008, this court issued an order requiring plaintiff to file a status report, addressing ten topics.  Failure to file a timely status report or seek an extension of time to do so may result in the imposition of sanctions, including dismissal of the action or preclusion of issues or witnesses.

/////

/////

1

1. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 24, 2008 request for an extension of time is denied as unnecessary; and

    2. Plaintiff's March 26, 2008 pretrial statement is disregarded as premature.

DATED: April 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chap1183.sr(2)