IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

     Plaintiff,                  No. CIV S-04-1183 LKK DAD P

    vs.

C.K. PLILER, et al.,

     Defendants.         <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file a status report pursuant to the court's order of February 21, 2008.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 11, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a status report.

DATED: April 18, 2008.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:cm
chap1183.36(2)