1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    REX CHAPPELL,

11          Plaintiff,                      No. CIV S-04-1183 LKK DAD P

12          vs.

13    C.K. PLILER, et al.,

14          Defendants.                     FINDINGS & RECOMMENDATIONS

15    _____/

16          By order filed February 21, 2008, this court directed plaintiff to file, within thirty

17    days, a status report.  On April 18, 2008, plaintiff was granted an additional thirty days to comply

18    with the court's order.  The time period has now expired and plaintiff has not filed a status report

19    or otherwise responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED

20    that this action be dismissed without prejudice.  See Local Rule 11-110.

21          These findings and recommendations will be submitted to the United States

22    District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

23    twenty days after being served with these findings and recommendations, plaintiff may file

24    written objections with the court.  The document should be captioned "Objections to Magistrate

25    Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

26    /////

1

1  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: June 6, 2008.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   chap1183.fsr

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26