IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>    v.<br><br>C. K. PLILER, et al.,<br><br>    Defendants. | 2:04-cv-1183 LKK DAD P<br><br>**ORDER** |

Defendants have filed a request for an extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including January 25, 2009, to file their motion for summary judgment.

DATED: December 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/chap1183.36msj

1