IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

       Plaintiff,              No. CIV S-04-1183 LKK DAD P

   vs.

C.K. PLILER, et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' January 26, 2009 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's February 23, 2009 request for an extension of time (Doc. No. 49) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' January 26, 2009 motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
chap1183.36opp