IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,               No. CIV S-04-1183 LKK DAD P

     vs.

C.K. PLILER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.  Under the court's July 9, 2008 scheduling order, plaintiff's pretrial statement is due on March 27, 2009, and defendants' pretrial statement is due on April 3, 2009.  Pretrial conference is set for April 10, 2009, and jury trial is set for July 7, 2009.  However, on January 26, 2009, defendants filed a motion for summary judgment.  Good cause appearing, the court will vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial.  The court will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon.

///// 

///// 

///// 

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  The court's July 9, 2008 scheduling order dates related to pretrial statements

3    (March 27, 2009 and April 3, 2009), pretrial conference (April 10, 2009), and jury trial (July 7,

4    2009) are vacated; and

5        2.  Except as stated in this order, the remainder of the court's July 9, 2008

6    scheduling order remains in effect.  The court will issue a revised scheduling order if necessary

7    after the motion for summary judgment has been ruled upon.

8    DATED: March 25, 2009.

9

10                                                    _____
                                                     DALE A. DROZD
11                                                   UNITED STATES MAGISTRATE JUDGE

12   DAD:9
     chap1183.41mod
13

14

15

16

17

18

19

20

21

22

23

24

25

26