IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                      No. 2: 04-cv-1183 LKK DAD P

     vs.

C.K. PLILER, et al.,

      Defendants.          <u>ORDER</u>

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 20, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed September 20, 2012, are adopted in

1

1  full;

2      2. Plaintiff's motion to reinstate the case to the active calendar (Dkt. No. 59.) is
3  GRANTED and the stay issued September 4, 2009 is lifted; and
4      3. Plaintiff's motions to reinstate the case to the active calendar (Dkt. Nos. 60 &
5  61) are DENIED as duplicative.
6  DATED: December 17, 2012.

          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT