1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11           Plaintiff,                    No.  2:04-cv-1183 LKK DAD P

12       vs.

13   C.K. PLILER, et al.,

14           Defendants.              ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On November 7, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff

22   has filed objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1    In Plaintiff's objections to the findings and recommendations, Plaintiff argues that

2    the magistrate judge in this case should be disqualified or recused for evidencing bias against the

3    Plaintiff.

4    Recusal is required "only if bias or prejudice stems from an extrajudicial source

5    and not from conduct or rulings made during the course of the proceeding." Pau v. Yosemite

6    Park and Curry Co., 928 F.2d 880, 885 (9th Cir. 1991) (citing Toth v. TransWorld Airlines, 862

7    F.2d 1381, 1388 (9th Cir. 1988)).  Plaintiff's allegations as to bias appear to be based on the fact

8    that certain findings made by the magistrate judge during the course of these proceedings were

9    unfavorable to Plaintiff.  These allegations are insufficient to establish bias on the part of the

10   magistrate judge.  Therefore, Plaintiff's motion to disqualify or recuse Magistrate Judge Drozd is

11   denied.

12   Accordingly, IT IS HEREBY ORDERED that:

13   1.  The findings and recommendations filed November 7, 2012, are adopted in

14   full; and

15   2.  Plaintiff's motions for sanctions (Docket No's 60 and 67) are denied.

16   DATED: February 12, 2013.

17

18

19   _____

20   LAWRENCE K. KARLTON
     SENIOR JUDGE
21   UNITED STATES DISTRICT COURT

22

23

24

25

26