UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL, | No. 2:04-cv-1183 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| C.K. PLILER, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Plaintiff seeks an extension of time to file his pretrial statement.  Plaintiff states that defendants do not oppose an extension.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's May 19, 2017 motion for an extension of time (ECF No. 105) is granted.  The court's April 14, 2017 scheduling order is amended.  By August 14, 2017, plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial.  By August 28, 2017, defendants shall file their pretrial statement.

DATED:  May 24, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/chap1183.pts eot

1