Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

Attorney for Plaintiff Rex Chappell

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Rex Chappell,<br>                Plaintiff,<br><br>     v.<br><br>C.K. Pliler, et al.,<br>                Defendants. | 2:04-cv-1183 TLN DB P<br><br>**Stipulation and Order Extending Time to File Pretrial Statements and Motions to Obtain Attendance of Witnesses at Trial** |

On May 24, 2017, this Court issued an Order, Dkt. # 106, extending time for Plaintiff, then acting pro se, to file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial to on or before August 14, 2017, and for Defendants to file their pretrial statement on or before August 28, 2017.

Plaintiff has since obtained counsel. *See* Dkt. # 107. Plaintiff's counsel is currently working with Defendants' counsel to obtain Plaintiff's central file, medical file, and other relevant documents that he may wish to use at trial. The parties are also discussing the possibility of settlement negotiations.

In order to facilitate Plaintiff's attempt to obtain documents that he may seek to include in his exhibit list in his pretrial statement, and to afford the parties the opportunity to determine whether settlement negotiations might be fruitful at this

time, the parties stipulate and seek an order of the Court extending Plaintiff's deadline to file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial by 60 days to on or before October 13, 2017, and Defendants' pretrial statement to on or before October 27, 2017.

It is so stipulated.

Dated: August 10, 2017   By:___s/ Matthew Strugar_____
                          Matthew Strugar
                          Attorney for Plaintiff

Dated: August 10, 2017   By:___s/ Kelli. M. Hammond_____
                          Kelli M. Hammond
                          Attorney for Defendants

## Order

Pursuant to stipulation, it is so ordered.

DATED: August 11, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/chap1183.pts eot2