1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7367
6   Fax: (916) 324-5205
    E-mail: Kelli.Hammond@doj.ca.gov
7  *Attorneys for Defendants Pliler, Goughnour,*
   *Rosario, Stiles, and Vance*

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

| | |
|---|---|
| 13 **REX CHAPPELL,** | Case No. 2:04-cv-1183 TLN DB P |
| 14                      Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR PRETRIAL STATEMENT AND OPPOSITION TO THE ATTENDANCE OF INCARCERATED WITNESSES FOR TRIAL; PROPOSED ORDER** |
| 15     **v.** | |
| 16 | |
| 17 **C. K. PLILER, et al.,** | |
| 18                      Defendants. | |

19

20                      **STIPULATION**

21        The parties to this action stipulate, and seek court approval of their stipulation, to modify

22  the scheduling order to allow Defendants to file a pretrial statement and opposition to the

23  attendance of incarcerated witnesses for trial no later than November 10, 2017.  The stipulation is

24  necessary because counsel for Defendants is currently assigned full-time to the matter of

25  *Coleman, et al., v. Brown, et al.*, Case No. 2:90-cv-00522-KJM-KJN.

26        *Coleman, et al., v. Brown, et al.*, is a long-running class action concerning mental-health

27  care for California state prison inmates, in the remedial stage.  A contempt hearing was set for

28  November 3, 2017, for consideration of findings of contempt and consideration of sanctions for

non-compliance with court directives that may have accumulated between May 16, 2017, and the November hearing.  (ECF No. 5610 at 11.)  Counsel for Defendants was assigned to assist the team of attorneys assigned to Coleman to prepare for the November 3, 2017 hearing.  On October 23, 2017, the Coleman court vacated the November 3, 2017 hearing date to be rescheduled at a later date.  (ECF No. 5720.)  Although the November 3 hearing is off calendar for the time-being, defendants anticipate that the matter will be re-set and the evidence will need to be presented.  As a result, a November 9, 2017 deadline has been set for completion of the work assigned including finalizing record reviews and preserving witness testimony so that the *Coleman* defendants are prepared to proceed when the court places the matter back on its calendar.

Accordingly, the parties, through their respective counsel of record, stipulate that the deadline for Defendants Pliler, Rosario, Stiles, Goughnour and Vance to file their pretrial statement and an opposition to the attendance of incarcerated witnesses for trial shall be extended to November 10, 2017.

**IT IS SO STIPULATED:**

Dated:  October 27, 2017

*/s/ Matthew Strugar*
Matthew Strugar
*Attorney for Plaintiff Rex Chappell*

Dated:  October 27, 2017

*/s/ Kelli M. Hammond*
Kelli M. Hammond
Deputy Attorney General
*Attorney for Defendants Pliler, Goughnour, Rosario, Stiles, and Vance*

**IT IS SO ORDERED.**

DATED:  October 30, 2017

/s/  DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE

DLB:9DB/orders/prisoner-civil rights/chap1183.pts eot3