| | |
|---|---|
| 1 | Xavier Becerra, State Bar No. 118517<br>Attorney General of California |
| 2 | Tracy S. Hendrickson, State Bar No. 155081<br>Senior Assistant Attorney General |
| 3 | Kelli M. Hammond, State Bar No. 217485<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 210-7367 |
| 6 | Fax: (916) 324-5205<br>E-mail: Kelli.Hammond@doj.ca.gov |
| 7 | *Attorneys for Defendants Pliler, Rosario Stiles, Goughnour and Vance* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REX CHAPPELL,** | 2:04-cv-1183 TLN DB P |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR PRETRIAL STATEMENT AND OPPOSITION TO THE ATTENDANCE OF INCARCERATED WITNESSES FOR TRIAL; PROPOSED ORDER** |
| v. | |
| **C. K. PLILER, et al.,** | |
| Defendants. | |

## STIPULATION

The parties to this action stipulate, and seek court approval of their stipulation, to modify the scheduling order to allow Defendants to file a pretrial statement and opposition to the attendance of incarcerated witnesses for trial no later than November 17, 2017. The stipulation is necessary because counsel for Defendants is currently assigned full-time to the matter of *Coleman, et al., v. Brown, et al.*, Case No. 2:90-cv-00522-KJM-KJN.

*Coleman, et al., v. Brown, et al.*, is a long-running class action concerning mental-health care for California state prison inmates, in the remedial stage. A contempt hearing was set for November 3, 2017, for consideration of findings of contempt and consideration of sanctions for

1

non-compliance with court directives that may have accumulated between May 16, 2017, and the November hearing. (ECF No. 5610 at 11.) Counsel for Defendants was assigned to assist the team of attorneys assigned to Coleman to prepare for the November 3, 2017 hearing. The hearing was vacated, to be rescheduled at a later date. (ECF No. 5720.) Although the November 3 hearing is currently off calendar, defendants anticipate that the matter will be re-set and the evidence will need to be presented. A November 9, 2017 deadline was set for completion of the work assigned including, finalizing record reviews and preserving witness testimony so that the *Coleman* defendants are prepared to proceed when the court places the matter back on its calendar. However, counsel for Defendants in this matter did not receive a complete set of medical records for the *Coleman* project until November 7, 2017, therefore, time for completion of the *Coleman* project was extended.

Accordingly, the parties, through their respective counsel of record, stipulate that the deadline for Defendants Pliler, Rosario, Stiles, Goughnour and Vance to file their pretrial statement and an opposition to the attendance of incarcerated witnesses for trial shall be extended to November 17, 2017.

**IT IS SO STIPULATED:**

Dated: November 13, 2017    */s/ Matthew Strugar*
                            Matthew Strugar
                            *Attorney for Plaintiff Rex Chappell*

Dated: November 13, 2017    */s/ Kelli M. Hammond*
                            Kelli M. Hammond
                            Deputy Attorney General
                            *Attorney for Defendants Pliler, Goughnour, Rosario, Stiles, and Vance*

**IT IS SO ORDERED.**

DATED: November 13, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB9/DB/prisoner-civil rights/chap1183.pts eot4

2