UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>    v.<br><br>C.K. PLILER, et al.,<br><br>    Defendants. | No. 2:04-cv-1183 TLN DB P<br><br><br>ORDER |

The parties have submitted separate pretrial statements. The court finds a joint statement from the parties setting out the undisputed facts and the disputed factual issues would assist the court by clarifying the issues for trial. In the joint statement, the undisputed facts and disputed factual issues shall be set forth in two separate sections. Where the parties are unable to agree as to what factual issues are properly before the court for trial, they should nevertheless list in the section on disputed factual issues all issues asserted by any of the parties and explain the controversy concerning each issue.

////
////
////
////
////

The joint statement of undisputed facts and disputed factual issues shall be filed with the court within thirty days of the filed date of this order.

IT IS SO ORDERED.

Dated: February 7, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/chap1183.jt pts