Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

R. Chris Lim, SBN 237416
Los Feliz Law, APC
3111 Los Feliz Blvd., Suite 200
Los Angeles, CA 90039
(323) 375-9377
chris.lim@losfelizlaw.com

*Attorneys for Plaintiff Rex Chappell*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>C.K. PLILER, et al.,<br><br>　　　　　　Defendants. | 2:04-cv-1183 TLN DB P<br><br>**Plaintiff's Request for Telephonic Appearance at Pretrial Conference**<br><br>**Hearing Date:** November 15, 2018<br>**Time:** 2:00 p.m.<br>**Judge:** Hon. Troy Nunley<br>**Courtroom:** 2 |

Pursuant to Rule 282 of the Local Rules of the United States District Court, Eastern District of California, Plaintiff Rex Chappell respectfully requests to have his counsel appear by telephone for the Pretrial Conference in this action currently scheduled for November 15, 2018, at 2:00 p.m.

On November 8, 2018, this Court entered a Minute Order scheduling a Pretrial Conference for November 15, 2018, at 2:00 p.m. in Courtroom 2. ECF No. 134. The Minute Order stated that "[t]elephonic appearance will be permitted as long as counsel files their Request for Telephonic Appearance via CM/ECF at least two days prior to the hearing." *Id*.

Mr. Chappell's counsel, specifically Matthew Strugar and Chris Lim, are both located in Los Angeles, California. They each request to appear by telephone for the Pretrial Conference.

Dated: November 12, 2018
By:\_\_\_s/ Matthew Strugar_____
Matthew Strugar
Chris Lim
Attorneys for Plaintiff

### **ORDER**

Having reviewed Plaintiff's request to have his counsel appear by telephone for the Pretrial Conference, and for good cause appearing, IT IS SO ORDERED that the request to appear telephonically is hereby GRANTED.

Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge

**Certificate of Service**

    I certify that on the 12th day of November, 2018, I filed Plaintiff's Request for Telephonic Appearance at Pretrial Conference electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

DATED this 12th day of November, 2018.

                                                  /s/ Matthew Strugar