UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.K. PLILER, et al.,<br><br>　　　　　Defendants. | No. 2:04-cv-1183 TLN DB P<br><br><u>Order & Writ of Habeas Corpus Ad</u><br><u>Testificandum for Samuel Solomon</u> |

　　　　Samuel Solomon, CDCR number C48168, a necessary and material for the plaintiff in proceedings in this case on December 3, 2018, at 9:00 a.m., is confined at the California State Prison – Sacramento, 100 Prison Road, Represa, CA 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the United State District Court for the Eastern District of California, at the United States Courthouse, 501 I St, Sacramento, CA 95814, Courtroom 2, on December 3, 2018, at 9:00 a.m., and each succeeding day until his testimony is completed.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1.　　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in the United State District Court at the time and place above, and from day to day until completion of his testimony,

1

completion of the trial, or as ordered by the Court; and thereafter return the inmate to the above institution;

    2.    The custodian is ordered to notify the Court of any changes in the custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    3.    The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison – Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:    Warden, California State Prison – Sacramento, 100 Prison Road, Represa, CA 95671

WE COMMAND you to produce the inmate named above to testify before the United States District Court at the time and place above, day to day until completion of his testimony, completion of the trial, or as ordered by the Court; and thereafter return the inmate to the above institution.

FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

Dated:  November 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/chap1183.841(W1)